1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11

12   TISHA HAMBERLIN,                    CIV. NO. 2:18-01035 WBS DB

13              Plaintiff,

14        v.                             ORDER OF RECUSAL

15   TARGET CORPORATION and DOES
16   1 through 50, inclusive,

17              Defendants.

18

19                          ----oo0oo----

20        Pursuant to 28 U.S.C. § 455(b)(4), the undersigned

21   hereby recuses himself as the judge to whom this case is assigned

22   because the undersigned has a financial interest in Target

23   Corporation.

24        IT IS THEREFORE ORDERED that the Clerk of the Court

25   reassign this case to another judge for all further proceedings,

26   making appropriate adjustments in the assignments of civil cases

27   to compensate for such reassignment.

28        IT IS FURTHER ORDERED that any previous orders issued

by the undersigned judge in this case are hereby VACATED and SET ASIDE, and any dates previously set by the undersigned judge in this case are hereby VACATED.

Dated: April 26, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE